IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TYLER SMITH, and<br>SHERRI SMITH, as next friend<br>to TANNER SMITH | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | DOCKET NO. **3:10-CV-00845** |
| PRUDENTIAL FINANCIAL, Inc. d/b/a<br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA | )<br>)<br>)<br>) | JURY DEMAND |
| Defendant. | )<br>) | |

## AGREED ORDER AND STIPULATION SUBSTITUTING THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AS THE PROPER DEFENDANT

As evidenced by the signatures below of the parties' lawyers, it appears to the Court that The Prudential Insurance Company of America is the proper defendant in this matter.

It is therefore ORDERED, ADJUDGED, AND DECREED that The Prudential Insurance Company of America is hereby substituted for Prudential Financial, Inc. d/b/a The Prudential Insurance Company of America as the defendant in this action.

It is further ORDERED that Prudential Financial, Inc d/b/a The Prudential Insurance Company of America is hereby dismissed without prejudice.

The Prudential Insurance Company of America is the only remaining defendant.

**IT IS SO ORDERED**.

ENTERED this the  12th   day of   October  , 2010.

1

                                      *[signature]*
                                      **JUDGE**

**Approved for Entry:**


s/ John J. Hollins, Jr._____
**JOHN J. HOLLINS, JR. BPR #12665**
**DAVID J. WEISSMAN BPR #25188**
Hollins, Raybin & Weissman, P.C.
424 Church Street, Suite 2200
Nashville, Tennessee 37219
615-256-6666
615-254-4254 (fax)

**JAMES L. WEATHERLY, JR. BPR#000954**
Weatherly, McNally & Dixon, P.C.
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
615-986-3377

*Attorneys for Plaintiffs*


s/ James A. Haltom_____
**JAMES A. HALTOM BPR#028495**
**THOMAS K. POTTER, III BPR#024857**
Burr & Foreman LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
615-724-3200
615-724-3290 (fax)

*Attorneys for The Prudential Insurance Company Of America*


s/ Betsy P. Collins_____
**BETSY P. COLLINS** (pro hac vice application pending)
Burr & Foreman LLP
11 North Water Street, Suite 22200