# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TYLER SMITH AND SHERRI SMITH, )<br>AS NEXT FRIEND TO TANNER SMITH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PRUDENTIAL INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendant. ) | DOCKET NO. 3:10-CV-00845<br><br>JUDGE TRAUGER<br>MAGISTRATE JUDGE KNOWLES |

## ORDER TO MODIFY CASE MANAGEMENT ORDER
## AS TO THE DATE OF MEDIATION

Considering the parties Joint Consent Motion:

IT IS ORDERED that the Case Management Order (Doc. No. 14) shall remain as scheduled, except that the date of mediation shall be moved from March 2, 2011 to May 11, 2011 and all other matters and dates shall remain unaffected by this Order.

Dated this the 4th day of March, 2011.

_____
JUDGE

28570 v1