IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TYLER SMITH, and<br>SHERRI SMITH, as next friend<br>to TANNER SMITH | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | DOCKET NO. **3:10-CV-00845** |
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA | )<br>)<br>) | Judge Trauger<br>Magistrate Judge Knowles |
| Defendant. | ) | |

### AGREED ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter came before the Court pursuant to Plaintiffs' Motion for Entry of Agreed Order Extending Time to Respond to Defendant's Motion for Summary Judgment. Based upon review of the motion, as well as the fact that the Defendant has no objection to same, the Court finds the motion is well-founded and should be granted.

It is therefore ORDERED that Plaintiffs' request for an additional fifteen days to respond to Defendant's Motion for Summary Judgment is granted and Plaintiffs' Response shall now be due on or before December 16, 2011, with optional reply due December 23, 2011.

**IT IS SO ORDERED**.

ENTERED this the  29th  day of  November , 2011.

_____
ALETA A. TRAUGER
U.S. District Judge