## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| TYLER SMITH and SHERRI SMITH, as next friend to Tanner Smith, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:10-0845 |
| v. | ) ) | Judge Trauger |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

### O R D E R

The court has been informed that this case has settled. Because the settlement involves a minor plaintiff, the parties are advised to follow the requirements of T.C.A. § 29-34-105 regarding settlements on behalf of minors. If there is a confidentiality provision, it is hereby **ORDERED** that the parties have permission to file the settlement agreement under seal. If the settlement is not a structured settlement as to the minor, the parties should either file the necessary affidavits or request an in-chambers hearing, with the minor present, depending upon whether the settlement is less than $10,000 or more than $10,000.

It is so **ORDERED.**

Enter this 10th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge